IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOEY ARNEZ DONALDSON,
DOC # 372350,

    Plaintiff,

v.                                                                                                4:20cv76–WS/MAF

OFFICER HAWKINS, and
OFFICER BENNETT,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 64) docketed June 4, 2021. The magistrate judge recommends that Defendant Bennett's motion (ECF No. 63) to set aside the clerk's entry of default be granted. No objections to the report and recommendation have been filed.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 64) is

hereby ADOPTED and incorporated by reference into this order.

    2. Defendant Bennett's motion (ECF No. 63) to set aside the clerk's entry of default is GRANTED.

    3. The clerk's entry of default (ECF No. 60) is VACATED AND SET ASIDE.

    4. The clerk shall return the case to the magistrate judge for further proceedings.

    DONE AND ORDERED this ___7th___ day of ___July___, 2021.


                                     s/ William Stafford
                                     WILLIAM STAFFORD
                                     SENIOR UNITED STATES DISTRICT JUDGE