IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOEY ARNEZ DONALDSON,
D.O.C # 372350,

    Plaintiff,

v.                                                              4:20cv76–WS/MAF

OFFICER HAWKINS, and
OFFICER BENNETT,

    Defendants.

_____

ORDER DENYING PLAINTIFF'S MOTION
FOR A RESTRAINING ORDER

Before the court is the magistrate judge's report and recommendation (ECF No. 74) docketed July 28, 2021. The magistrate judge recommends that Plaintiff's motion for a restraining order (ECF No. 53) be denied. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, the court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 74) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's motion (ECF No. 53) for a restraining order is DENIED as moot.

3. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __6th__ day of __October__, 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE