IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOEY ARNEZ DONALDSON,
D.O.C. # 372350,

    Plaintiff,

v.                                                  4:20cv76–WS/MAF

OFFICER HAWKINS, and
OFFICER BENNETT,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 86) docketed December 6, 2021. The magistrate judge recommends that Defendants' unopposed motion to dismiss (ECF No. 26) Plaintiff's claim for declaratory relief be granted. Plaintiff has filed no objections to the report and recommendation.

    The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 86) is ADOPTED and incorporated by reference into this order.

2. Defendants' motion to dismiss (ECF No. 84) Plaintiff's claim for declaratory relief is GRANTED.

3. Plaintiff's claim for declaratory relief is DISMISSED.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   11th   day of   January  , 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE