IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOEY ARNEZ DONALDSON,
D.O.C. # 372350,

    Plaintiff,

v.                                                       4:20cv76–WS/MAF

OFFICER HAWKINS and
OFFICER BENNETT,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
FOURTH REPORT AND RECOMMENDATION

Before the court is the magistrate judge's fourth report and recommendation (ECF No. 109) docketed August 9, 2022. The magistrate judge recommends that Defendants' motion for summary judgment (ECF No. 106) be granted. Plaintiff did not file a response to Defendants' motion, nor has he filed any objections to the report and recommendation.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's fourth report and recommendation (ECF No. 109) is hereby ADOPTED and incorporated by reference into this order.

2. Defendants' motion for summary judgment (ECF No. 106) is GRANTED.

3. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

DONE AND ORDERED this     8th     day of     September    , 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE